**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION** | **C.A. 97-542JD (N.H.)**<br>**C.A. 99-408S (R.I.)** |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS FOR SETTLEMENT APPROVAL SUBMISSIONS**

Plaintiffs hereby move, pursuant to General Order #2002-01, for leave to file a 25-page Memorandum of Law in Support of Final Approval of the Proposed Class Action Settlement and Plan of Allocation; a 25-page Memorandum of Law in Support of Application for an Award of Attorneys' Fees and Reimbursement of Expenses; a 50-page Declaration of Co-Lead Counsel in Support of the Proposed Class Action Settlement, Plan of Allocation, and Application for an Award of Attorneys' Fees and Reimbursement of Expenses (the "Declaration"); and approximately 520 pages of supporting documents, in connection with the request for final approval of the proposed settlement in this class action. For the reasons that follow, Plaintiffs respectfully submit that the Court should grant the motion.

Approval of a class action settlement requires the Court to find that it is fair, just and reasonable under all circumstances. Plaintiffs have prepared a memorandum in support of the settlement that covers all of the various legal and factual considerations that a Court must consider. This memorandum requires approximately 25 pages in order to present and discuss the controlling issues thoroughly, particularly in view of the absence of reported decisions from this Court as to those issues.

Plaintiffs also have prepared a memorandum in support of Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses. That memorandum

demonstrates why the requested award is fair and reasonable. It requires approximately 25 pages in order to present those issues adequately.

Plaintiffs have also prepared the Declaration, which sets forth the history of the litigation, the appropriateness of the settlement, and why the requested fee and expense award is fair and reasonable. The Declaration is approximately 50 pages.

Finally, in support of the request for approval of the settlement and for an award of fees and expenses out of the settlement fund, plaintiffs have prepared a package of supporting exhibits. They include a compendium of affidavits from each attorney of record detailing his or her time and expenses devoted to this matter (approximately 360 pages); an affidavit from Co-Lead Counsel regarding notice to the class of the proposed settlement (approximately 3 pages); an affidavit from the Claims Administrator regarding notice to the Class and the absence of any objection to the settlement (approximately 40 pages); and copies of unreported opinions cited in plaintiffs' memoranda in support of settlement and the application for attorneys' fees and expenses (approximately 100 pages). Those materials in the aggregate total approximately 520 pages. They are essential to the Court's review of the proposed settlement.

For these reasons, plaintiffs request that the Court grant their Motion to Exceed Page Limits. The fairness hearing is scheduled for August 30, 2005.

Dated: August 16, 2005

Respectfully submitted,
**LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.**

By: Matthew F. Medeiros

Matthew F. Medeiros (#1856)
72 Pine Street
Providence, RI 02903
Telephone: (401) 272-8080
Facsimile: (401) 272-8195

***Local Counsel for Plaintiffs***

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Herbert E. Milstein
Mark Willis
Julie Goldsmith Reiser
1100 New York Avenue, NW
West Tower - Suite 500
Washington, DC 20005-3934
(202) 408-4600

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Sanford P. Dumain
William C. Fredericks
Bruce D. Bernstein
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**STULL STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street - Suite 500
New York, NY 10017
(212) 687-7230

***Plaintiffs' Lead Counsel***

**SERVICE LIST**

I hereby certify that on this 16th day of August, 2005, I caused to be mailed, via first class U.S. mail, a copy of the within Motion to Exceed Page Limits for Settlement Approval Submissions to the following counsel:

Paul A. Maggiott, Esq.
Law Offices of Paul A. Maggiott
58 Pleasant Street
Concord, NH 03301-3926

Sanford P. Dumain, Esq.
William C. Fredericks, Esq.
Bruce Bernstein, Esq.
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Jules Brody, Esq.
Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, NY 10017

Harvey J. Wolkoff, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Kenneth G. Bouchard, Esq.
Bouchard, Kleinman & Wright P.A.
One Merrill Drive, Suite 6
Hampton, NH 02842

Herbert E. Milstein, Esq.
Mark Willis, Esq.
Julie Goldsmith Reiser, Esq.
Cohen, Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3934

Wilbur A. Glahn, Esq.
McLane, Graf, Raulerson & Middleton, PA
900 Elm Street
Manchester, NH 03105

William Grimm, Esq.
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Veronica Szczuc