UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION | C.A. 97-542JD (N.H.) C.A. 99-408S (R.I.) |

# AFFIDAVIT OF JOSE C. FRAGA RE: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; AND (B) REPORT ON EXCLUSION REQUESTS RECEIVED

STATE OF NEW YORK )
) ss.:
COUNTY OF SUFFOLK )

Jose C. Fraga, being duly sworn, deposes and says:

1. I am a Director of Securities Operations of The Garden City Group, Inc. ("GCG"). Pursuant to the Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings dated May 13, 2005 (the "Preliminary Order"), GCG was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action"). I have personal knowledge of the facts stated herein.

## MAILING OF THE NOTICE AND PROOF OF CLAIM

2. Pursuant to the Preliminary Order, GCG has been responsible for disseminating the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice") and Proof of Claim and Release (the "Proof of Claim") to potential Class Members. On February 18, 2005, GCG received via email from Ropes & Gray, Counsel for Cabletron Systems, Inc. ("Cabletron"), an excel spreadsheet containing the names and addresses of 4,189 record transferees of Cabletron during the Class Period - March 3, 1997 through and including December 2, 1997. GCG entered these names and addresses into the GCG database created for this Action.

3. On May 24, 2005, GCG provided Rolls Offset, the printing and mailing contractor selected by GCG, a data transmission containing names and addresses of the 4,189 record transferees identified in paragraph 2. These names and addresses were preprinted on the Proof of Claim and inserted into envelopes along with the Notice (collectively the "Claim Packet"), a copy of which is attached as Exhibit A, and were disseminated to potential Class Members by first-class mail on May 27, 2005.

4. Also as part of the Initial Mailing, GCG produced a file from its existing database containing the names and addresses of 2,793 of the largest brokerage firms, banks, institutions and other nominees. This file was sent to Rolls Offset, which printed these names and addresses onto envelopes containing Claim Packets and mailed the packets.

5. Pursuant to the Preliminary Order, GCG established a toll-free Interactive Voice Response ("IVR") system to accommodate potential claimants. This system became operational on or about May 27, 2005. As of August 15, 2005, GCG has received a total of 608 calls, out of which 119 potential claimants left messages and/or requests to speak with GCG Administrators for assistance, all of which have been responded to in a timely manner.

6. As requests were received, GCG sent Claim Packets on a rolling basis to all persons who requested copies of the Notice and Proof of Claim.

7. As of August 15, 2005, GCG has received 50,510 names and addresses of potential Class Members from individuals or from brokerage firms, banks, institutions and other nominees, in the form of lists, labels and disks requesting that Claim Packets be mailed to these individuals. Also, GCG has received 16,144 bulk requests from brokers and other nominee holders for Claim Packets to forward to their customers.

8. In the aggregate, 75,102 Claim Packets (including 1,466 Claim Packets that were remailed to updated addresses provided to GCG by the US Postal Service) were promptly disseminated to potential Class Members by first class mail.

9. I also caused a copy of the Notice and the Proof of Claim form to be posted on our website (http://www.gardencitygroup.com) on May 27, 2005.

**REPORT ON EXCLUSION REQUESTS RECEIVED**

10. The answer to question 13 of the Notice informed Class Members that written requests for exclusion from the Class were to be mailed, postmarked no later than August 1, 2005, addressed to: Cabletron Systems Securities Litigation, c/o The Garden City Group, Inc., Exclusions, P.O. Box 9000 #6288, Merrick, NY 11566-9000. GCG has monitored all mail that has been delivered to that Post Office Box. As of the date of this Affidavit, we have received two (2) timely requests for exclusion from the Class. In addition, we have received one (1) request for exclusion which was postmarked August 2, 2005, one day later than the August 1, 2005 deadline. Attached hereto as Exhibit B are copies of the letters requesting exclusion from the Class.

Jose C. Fraga

Jose C. Fraga

Sworn to before me this

15 day of August, 2005

Barbara A. Heald

Notary Public

BARBARA A. HEALD
Notary Public, State of New York
No. 01HE4647102
Qualified in Nassau County
Commission Expires Sept. 30, 20 05