**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION** | **C.A. 97-542JD (N.H.)**<br>**C.A. 99-408S (R.I.)** |

**AFFIDAVIT OF JOHN J. MILLS RE: PUBLICATION OF THE SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT AND SETTLEMENT HEARING**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

John J. Mills, being first duly sworn, deposes and says:

1. I am an attorney associated with the law firm of Milberg Weiss Bershad & Schulman LLP, one of Plaintiffs' Co-Lead Counsel in the above-captioned action (the "Action"). I submit this affidavit in order to provide the Court and the parties to the Action with information regarding the publication of the Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing (the "Publication Notice"). I have personal knowledge of the facts stated herein.

2. The Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings dated May 13, 2005, directed that the Publication Notice be published in the national edition of The Wall Street Journal. As shown in the affidavit of publication attached

hereto as Exhibit A, the Publication Notice was published in the national edition of The Wall Street Journal on June 2, 2005.

John J. Mills

Sworn to before me this
16th day of August, 2005

Tammela C. Doston
Notary Public

TAMMELA C. DOSTON
NOTARY PUBLIC, State of New York
No. 01DO4939238
Qualified in Nassau County
Commission Expires July 25, 2006