STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, Mike Henley, being duly sworn, depose and say that [illegible] Publisher of THE WALL STREET JOURNAL , a daily [illegible] and of general circulation in the City and County of Ne[illegible] Naperville, DuPage County, Illinois, and in the city and [illegible] the attached Notice has been regularly published in TH[illegible] national distribution for one insertion(s) on the followi[illegible] Cabletron Systems, Inc. and that the foregoing statements are true and correct to the [illegible] of my knowledge, information, and belief.

______________________

MITCHELL E. CHEATHAM
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
03-01-2007

Sworn to before me this
2nd day of June 2005

______________________
Notary Public

[illegible]

IN RE [illegible] SYSTEMS, INC. [illegible]

C.A. [illegible]
C.A. [illegible]

TO: ALL PERSONS WHO [illegible] THE COMMON STOCK OF CABLETRON SYSTEMS, INC. [illegible] OPTIONS IN CABLETRON COMMON STOCK [illegible] 3, 1997 THROUGH DECEMBER 2, 1997 [illegible]

YOU ARE HEREBY NOTIFIED, pursuant to [illegible] Procedure and an Order of the Court, that the [illegible] as a class action and that a settlement for $ [illegible] proposed. A hearing will be held before the Honorable William E. Smith in the [illegible] Building and Courthouse, One Exchange Terrace, Providence, Rhode Island [illegible] 10:00 a.m., on August 30, 2005 to determine whether the [illegible] be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees [illegible]

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. [illegible] Settlement, Motion for Attorneys' Fees and [illegible] Proof of Claim [illegible] Administrator:

Cabletron Systems [illegible] Fund
c/o The [illegible]
PO Box [illegible]
(800) [illegible] • www. [illegible]

You may also access a copy of the [illegible] to Plaintiffs' Co-Lead Counsel:

| | | |
|---|---|---|
| Sanford P. Dumain, Esq. | Herbert E. Milstein, Esq. | [illegible] |
| MILBERG WEISS [illegible] | [illegible] | [illegible] |
| [illegible] LLP | [illegible] P.L.L.C. | [illegible] |
| One Pennsylvania Plaza | 1100 New York Avenue, N.W. | New York, NY [illegible] |
| New York, NY 10119-0165 | Suite 500 West | [illegible] |
| (212) 594-5300 | Washington, D.C. [illegible] | |
| | (202) [illegible] | |

To participate in the Settlement, you must submit a Proof of Claim [illegible] September 19, 2005. If you are a Class Member [illegible] Class, you will be bound by the Order [illegible] self from the Class, you must submit a request [illegible] August 1, 2005. Any objections to the Settlement [illegible] you are a Class Member and do not submit a [illegible] Proof of Claim, you will [illegible] in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of the Court