UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

CASE NUMBER: CA:99-408S August 30, 2005

TITLE: CHARLES MESKO V. CABLETRON SYSTEMS, ET AL

DISTRICT JUDGE: WILLIAM E. SMITH

COURTROOM CLERK: DOREEN L. BALDINELLI

COURT REPORTER: ANNE CLAYTON

IN COURT: 10:02 a.m. - 12:01 p.m.

---

COUNSEL PRESENT: Plaintiff - Herbert Milstein, Mark Levine, Matthew Medeiros, Sanford Dumain, Esquire
Defendant - Harvey Wolkoff, William Grimm, Esquire

<u>RE: Settlement Fairness Hearing</u>

<u>Proceedings:</u> All counsel of record present; Arguments heard; Plaintiffs' to file information in camera under seal to the Court within two (2) weeks by September 20, 2005.