Judge William E. Smith    Dpty Anne Clayton

AO 187A (4/82)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Charles Mesko vs. Cabletron Systems et al    DOCKET NO. CA 99-408S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/30/05 | ✓ | | Affidavit of Jose C. Fraga |
| attachments (A)(B) | | | | | |
| 2 | | 8/30/05 | ✓ | | Affidavit of John J. Mills |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |