UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION<br><br>Charles Mesko, et al., Plaintiffs,<br><br>v.<br><br>Cabletron Systems, Inc., et al., Defendants. | CA No. 99-408S |

NOTICE

Pursuant to Rule 53(b), notice is hereby given that the Court is considering the appointment of Magistrate Judge Lincoln Almond to serve as Special Master for purposes of investigating discrepancies contained in sworn affidavits filed in this matter. A hearing on this appointment shall be held at 2:00 p.m. on Friday, January 13, 2006.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 12\22\05