UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION<br><br>Charles Mesko, et al., Plaintiffs,<br><br>v.<br><br>Cabletron Systems, Inc., et al., Defendants. | CA No. 99-408S |

ORDER

Pursuant to the Court's Notice of Hearing with regard to the appointment of Magistrate Judge Almond as Special Master, the Court orders as follows:

1. All counsel shall forward to the Court the latest contact information in their possession for all confidential sources.
2. Counsel are directed that they are to have no contact whatsoever with said confidential sources until further order of this Court.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 12/22/05