UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE CABLETRON SYSTEMS, INC. SECURITIES LITIGATION

Charles Mesko, et al., Plaintiffs,

v.

Cabletron Systems, Inc., et al., Defendants.

CA No. 99-408S

ORDER REGARDING APPOINTMENT OF SPECIAL MASTER

This Court has reviewed the submission of Plaintiffs' Counsel (in camera) (Docket # 116) regarding confidential source statements. The Court ordered this submission at the final settlement hearing on August 30, 2005. After conducting a detailed review of these submissions, the Court finds that the discrepancies between statements made by these sources in their affidavits and statements purportedly made to investigators employed by Plaintiffs' counsel are significant and that further investigation is warranted prior to final approval of the proposed settlement. The Court conducted a hearing on January 13, 2006, after notice to the parties (Docket # 117) regarding the appointment of Magistrate Judge Lincoln Almond to serve as Special Master to investigate these issues. After consideration of the parties' views, it is ordered as follows:

Pursuant to Fed. R. Civ. P. 53 Magistrate Lincoln Almond is hereby appointed Special Master in this matter and is directed to investigate discrepancies contained in confidential source statements supplied to Plaintiffs' investigators and contained in the affidavits of such sources. The Special Master shall report his findings to this Court within 60 days of this Order, unless otherwise ordered.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 1/17/06