**Exhibit 1**

Requests for Exclusion from the Class:
*In re Cabletron Systems, Inc. Securities Litigation*

1. James R. Frank
   594 South Meadowlark Lane
   Marion, VA 24354

   Request postmarked 07/21/05

2. Tom Scherer
   7916 West 50th Street
   Merriam, KS 66202

   Request postmarked 06/21/05