UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Charles Mesko, et al.

v. Civil No. 97-cv-542-WES
RI Civil No. 99-cv-408-S

Cabletron Systems, Inc., et al.

**JUDGMENT**

In accordance with the following Orders by the Honorable William E. Smith, United States District Judge, District of Rhode Island, judgment is hereby entered: Memorandum and Order filed October 13, 2006 and Order and Final Judgment filed October 20, 2006.

By the Court,

/s/ James R. Starr

James R. Starr, Clerk

January 16, 2007

cc: Counsel of Record

## Clerk's Orders/Judgments

1:97-cv-00542-WES Mesko, et al v. Cabletron Systems, et al

**U.S. District Court**

**District of New Hampshire**

Notice of Electronic Filing

The following transaction was received from dae, entered on 1/16/2007 at 1:42 PM EST and filed on 1/16/2007

**Case Name:** Mesko, et al v. Cabletron Systems, et al
**Case Number:** 1:97-cv-542
**Filer:**
**WARNING: CASE CLOSED on 01/16/2007**
**Document Number:** 925

**Docket Text:**
**JUDGMENT is hereby entered in accordance with [924] Order and Final Judgment and [923] Memorandum and Order. Signed by Clerk James R. Starr. *(Case Closed)*** (dae, )

**1:97-cv-542 Notice will be electronically mailed to:**

Biron L. Bedard blb@cooknmolan.com, jen@cooknmolan.com

Kenneth G. Bouchard kbouchard@bestnhlaw.com, pcreveling@bestnhlaw.com; info@bestnhlaw.com

Christopher H.M. Carter ccarter@haslaw.com, ggilman@haslaw.com; scomer@haslaw.com; coldford@haslaw.com

Sanford P. Dumain sdumain@milbergweiss.com

Wilbur A. Glahn , III wilbur.glahn@mclane.com, anne.pardo@mclane.com; docket@mclane.com

Paul A. Maggiotto pmaggiotto@usa.net,

Michael J. Sheehan msheehan@usa.net

Frederick E. Upshall , Jr fupshall@uctpa.com, dchagnon@uctpa.com

**1:97-cv-542 Notice will be delivered by other means to:**

Eric J. Belfi
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Stanley D. Bernstein
Bernstein Liebhard & Lifshitz
10 East 40th St, 22nd Fl
New York, NY 10016

**Electronic document Starnp:**

[STAMP dcecfStamp_ID=1045603718 [Date=1/16/2007] [FileNumber=271699-0]
[402bd43fe5f380a992ca36ea32ec9686675e91f7f1ec30550b496ff7dcef524a8985
5457cdb00393e97d5db6e888be16c0b3d4746597525b7a41d78be0d2c24d]]